Commonwealth *v.* Lare, Appellant.

722

Argued March 21, 1969. *Charles F. G. Smith,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Roger F. Cox,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents for the reasons stated in his dissenting opinion in *Commonwealth v. Small,* 211 Pa. Superior Ct. 481, 240 A. 2d 386 (1968), affirmed per curiam by the Supreme Court at 434 Pa. 497, 254 A. 2d 509 (1969).